AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

AMTRUST INSURANCE COMPANY OF
KANSAS, a Kansas corporation,

                      Plaintiff,

v.

DIAMOND CUT LLC, a Washington
corporation,

                      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5095-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Plaintiff's Complaint, ECF No. 1, is DISMISSED. Judgment is entered in Defendant's favor without prejudice.

| | |
|---|---|
| December 19, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Jaime M. White |
| | *(By) Deputy Clerk* |
| | Jaime M. White |