UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMTRUST INSURANCE COMPANY OF KANSAS, a Kansas corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>DIAMOND CUT LLC, a Washington corporation,<br><br>            Defendant. | NO. CV-11-5095-EFS<br><br>**ORDER SETTING ASIDE JUDGMENT, AND CLOSING FILE BASED ON SETTLEMENT** |

    Before the Court is Plaintiff Amtrust Insurance Company of Kansas and Diamond Cut, LLC's Joint Stipulated Motion to Vacate Judgment, ECF No. 5. Sometime after the Court entered its Order to Show Cause re: Dismissal, ECF No. 2, Plaintiff's counsel telephonically advised an individual with the Court that the case had settled; Plaintiff's counsel understood that she had thereby complied with the show-cause order. Unfortunately, this information was not relayed to the undersigned, and on December 19, 2011, an Order was entered dismissing this lawsuit and entering judgment in Defendant's favor. ECF Nos. 3 & 4.

    Now fully informed as to this lawsuit's status, **IT IS HEREBY ORDERED:**

    1. Plaintiff's Joint Stipulated Motion to Vacate Judgment, **ECF No. 5**, is **GRANTED**.

ORDER ~ 1

2.   The December 19, 2011 Order, **ECF No. 3**, and Judgment, **ECF No. 4**, are **SET ASIDE**.

3.   The show-case Order, **ECF No. 2**, is **SATISFIED**.

4.   This file shall be **CLOSED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___21st___ day of December 2011.


                            s/ Edward F. Shea
                           EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2011\5095.revise.close.lc1.frm

ORDER ~ 2