UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMTRUST INSURANCE COMPANY OF KANSAS, a Kansas corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>DIAMOND CUT LLC, a Washington corporation,<br><br>            Defendant. | NO. CV-11-5095-EFS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Before the Court is the parties' Joint Motion for Dismissal with Prejudice, ECF No. 12.  The parties agree that all issues are settled and that this lawsuit is to be dismissed with prejudice and without costs to either party.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Joint Motion for Dismissal with Prejudice, **ECF No. 12**, is **GRANTED**.

    2.    Judgment is to be entered in Defendant's favor **with prejudice**.

    3.    Each party is to bear their own fees and costs.

///
///
//
/

ORDER ~ 1

4. All other pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this  3rd  day of January 2012.


                        s/Edward F. Shea
                        EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2011\5095.settle.close.lc1.frm

ORDER ~ 2