AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

AMTRUST INSURANCE COMPANY OF
KANSAS, a Kansas corporation,
                             Plaintiff

v.

DIAMOND CUT LLD, a Washington
corporation,
                           Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5095-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that per the Joint Motion for Dismissal granted by the Court, judgment is entered in favor of defendant, with prejudice, and each party is to bear their own fees and costs.

| | |
|---|---|
| January 3, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |